IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:
Claudia Y. F. Fitzpatrick
Debtor(s)

Case No. 05-30204
Chapter 7

Robert Lee Smith
(Plaintiff)

Adv. No. 05-3030

V.

Claudia Y. F. Fitzpatrick
(Defendant)

2:06cv281-MHT

**TRANSMITTAL OF APPEAL**

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On**:        March 29, 2006

**Notice of Appeal Filed:**           **February 16, 2006**

**Contents of Record**:
**Designated Items of Appellant(s)**

**Remarks**:
Filing Fee Paid                       February 16, 2006   ($255.00)
Transcripts received:                 March 28, 2006

**PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET**

FROM: /s/ Richard S. Oda, Clerk
       United States Bankruptcy Court

Stamp: RECEIVED 2006 MAR 29 P 3: 23 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA.