UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

CLAUDIA Y. F. FITZPATRICK

    Debtor.

Case No. 05-30204 - WRS
Chapter 7

ROBERT LEE SMITH,

    Plaintiff,

v.

CLAUDIA Y. F. FITZPATRICK

    Defendant.

Adv. Pro. No. 05-3030 - WRS

## JUDGMENT

For the reasons stated in the Court's Memorandum Decision of this date, the Court finds that any indebtedness owed by Defendant Mrs. Fitzpatrick to Plaintiff Mr. Smith, to the extent such indebtedness exist, is not excepted from discharge. (i.e., the debt is discharged).

Done this 9th day of February, 2006.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Robert Lee Smith, Plaintiff
   Mark A. Cavanaugh, Attorney for Defendant