JUDGMT, APPEAL

**RECEIVED**
2006 MAR 27 P 3:23

U.S. Bankruptcy Court
Middle District of Alabama (Montgomery)
Adversary Proceeding #: 05-03030
Internal Use Only

*Assigned to:* William R. Sawyer
*Related BK Case:* 05-30204
*Related BK Title:* Claudia Y.F. Fitzpatrick
*Demand:*
*Nature of Suit:* 426( Dischargeability 523 )

*Date Filed:* 05/05/05

**Plaintiff**
-----------------------

**Robert Lee Smith**
Post Office Box 5146
Montgomery, AL 36103

represented by **Robert Lee Smith**
PRO SE
P. O. Box 5146
Montgomery, AL 36103

V.

**Defendant**
-----------------------

**Claudia Y.F. Fitzpatrick**
314 Iris Lane
Montgomery, AL 36105
US
SSN: 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

represented by **Mark A. Cavanaugh**
4252 Carmichael Road
Montgomery, AL 36106
334-272-8444
Fax : 334-272-8003
Email: markcavan@charter.net
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|

| 05/05/2005 | 1 | 426 (Dischargeability 523): Complaint against Claudia Y.F. Fitzpatrick . Receipt Number 05001078, Fee Amount $150. Filed by Robert Lee Smith . (Attachments: #1 summons) (CBS, ) Modified receipt on 5/5/2005 (CBS, ). (Entered: 05/05/2005) |
|---|---|---|
| 05/06/2005 | | Pro Se Robert Lee Smith for Robert Lee Smith added to case. (DW, ) (Entered: 05/06/2005) |
| 05/06/2005 | 2 | Summons Issued to Pro Se Robert Lee Smith to be served on Defendant Claudia Y.F. Fitzpatrick Date Issued 5/6/2005, Answer Due 6/6/2005. Execution of Summons to be done by 5/16/2005. (DW, ) (Entered: 05/06/2005) |
| 05/06/2005 | | Flags: AwCAact21 flag(s) removed - Trustee did not file adversary. (DW, ) (Entered: 05/06/2005) |
| 05/06/2005 | | New Case Received and Reviewed for Accuracy. (DW, ) (Entered: 05/06/2005) |
| 05/08/2005 | 3 | BNC Certificate of Service - See Image Attached - (RE: related document(s)2 Summons Issued). No. of Notices: 2. Service Date 05/08/2005. (Admin.) (Entered: 05/09/2005) |
| 05/09/2005 | 4 | Certificate of Service Filed by Robert Lee Smith (RE: related document(s)2 Summons Issued). (RLW, ) (Entered: 05/09/2005) |
| 05/16/2005 | 5 | Summons Service Executed on Claudia Y.F. Fitzpatrick 5/16/2005 *Mark Cavanaugh, 5/16/2005*. (RE: related document(s)2 Summons Issued). (RLW, ) (Entered: 05/16/2005) |
| 06/02/2005 | 6 | Debtor's Answer to Complaint *of Robert Lee* |

| | | |
|---|---|---|
| | | *Smith* Filed by Mark A. Cavanaugh on behalf of Claudia Y.F. Fitzpatrick. (Cavanaugh, Mark) (Entered: 06/02/2005) |
| 06/02/2005 | 7 | Debtor's Amended Answer to Complaint *of Robert Lee Smith* Filed by Mark A. Cavanaugh on behalf of Claudia Y.F. Fitzpatrick. (Cavanaugh, Mark) Modified text on 6/3/2005 (DW, ). (Entered: 06/02/2005) |
| 06/13/2005 | 8 | Submission of Documents: Copy of Letter Sent to Circuit Clerk's Office, Montgomery, AL Filed by Robert Lee Smith on behalf of Robert Lee Smith. (DW, ) (Entered: 06/13/2005) |
| 06/13/2005 | 9 | Order Setting Scheduling Conference Hearing Entered On 6/13/2005. Hearing scheduled for 7/12/2005 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (DW, ) (Entered: 06/13/2005) |
| 06/15/2005 | 10 | BNC Certificate of Service - See Image Attached - (RE: related document(s)9 Order on Motion To Set Hearing). No. of Notices: 2. Service Date 06/15/2005. (Admin.) (Entered: 06/16/2005) |
| 07/21/2005 | 11 | Scheduling Order/Order Setting Trial Date Entered On 7/21/2005. Discovery due by 11/30/2005. Pre-Trial Conference set for 1/10/2006 at 01:30 PM at Telephone Hearing. Trial is "deep set" with several other adversaries beginning Tuesday, January 30, 2006. (DW, ) (Entered: 07/21/2005) |
| 07/23/2005 | 12 | BNC Certificate of Service - See Image Attached - (RE: related document(s)11 Scheduling Order, ). No. of Notices: 2. Service Date 07/23/2005. |

| | | |
|---|---|---|
| | | (Admin.) (Entered: 07/24/2005) |
| 08/01/2005 | 13 | Request for Production of Documents *(Plaintiff's First Set of Interrogatories)* Filed by Robert Lee Smith on behalf of Robert Lee Smith. (DW, ) (Entered: 08/01/2005) |
| 09/23/2005 | 14 | Second Request for Production of Documents *Plaintiff's Second Set of Interrogatories* Filed by Robert Lee Smith on behalf of Robert Lee Smith. (DW, ) (Entered: 09/23/2005) |
| 12/16/2005 | 15 | Notice *of Absence from State* Filed by Robert Lee Smith on behalf of Robert Lee Smith. (DW, ) (Entered: 12/16/2005) |
| 01/19/2006 | 16 | Order Setting Trial Date Entered On 1/19/2006 (RE: related document(s)11 Scheduling Order, ). Trial date set for 1/31/2006 at 09:30 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (DW, ) (Entered: 01/19/2006) |
| 01/21/2006 | 17 | BNC Certificate of Service - See Image Attached - (RE: related document(s)16 Order on Motion To Set Hearing). No. of Notices: 1. Service Date 01/21/2006. (Admin.) (Entered: 01/22/2006) |
| 02/09/2006 | 18 | MEMORANDUM DECISION/OPINION - Entered On 2/9/2006. (DW, ) (Entered: 02/09/2006) |
| 02/09/2006 | 19 | Judgment for Defendant Entered On 2/9/2006 (RE: related document(s)18 Opinion). (DW, ) (Entered: 02/09/2006) |
| 02/10/2006 | | Case could not be closed because waiting for |

| | | |
|---|---|---|
| | | appeal time to run.. Close Case Follow Up Review due on 2/21/2006. (DW, ) (Entered: 02/10/2006) |
| 02/11/2006 | 20 | BNC Certificate of Service - See Image Attached - (RE: related document(s)18 Opinion). No. of Notices: 1. Service Date 02/11/2006. (Admin.) (Entered: 02/12/2006) |
| 02/11/2006 | 21 | BNC Certificate of Service - See Image Attached - (RE: related document(s)19 Judgment). No. of Notices: 1. Service Date 02/11/2006. (Admin.) (Entered: 02/12/2006) |
| 02/15/2006 | 22 | Motion for Jury Trial *(New Trial)* Filed by Robert Lee Smith on behalf of Robert Lee Smith. (DW, ) (Entered: 02/15/2006) |
| 02/16/2006 | 23 | Notice of Appeal. Receipt Number 6000357, Fee Amount $255. Filed by Robert Lee Smith on behalf of Robert Lee Smith (RE: related document(s)18 Opinion, 19 Judgment). Appellant Designation due by 2/27/2006. Transmission of Designation Due by 3/9/2006. (DW, ) (Entered: 02/17/2006) |
| 02/17/2006 | 24 | Notice Service of Notice of Appeal. Civil Action Number: (Served on Robert Lee Smith, Mark A. Cavanaugh and the Bankruptcy Administrator) Filed by (RE: related document(s)23 Notice of Appeal, filed by Plaintiff Robert Lee Smith). (DW, ) Modified text on 2/17/2006 (DW, ). (Entered: 02/17/2006) |
| 02/21/2006 | 25 | Debtor's Motion to Withdraw as Attorney Filed by Mark A. Cavanaugh on behalf of Claudia Y.F. Fitzpatrick. (Cavanaugh, Mark) (Entered: |

| | | |
|---|---|---|
| | | 02/21/2006) |
| 02/21/2006 | 26 | MEMORANDUM DECISION/OPINION - Entered On 2/21/2006 (RE: related document(s)1 Complaint filed by Plaintiff Robert Lee Smith). (JT, ) (Entered: 02/21/2006) |
| 02/21/2006 | 27 | Order On Motion For New Trial (Related Doc # 22) Entered On 2/21/2006. (JT, ) (Entered: 02/21/2006) |
| 02/22/2006 | | Flags: CANTCLOSE flag(s) removed. (DW, ) (Entered: 02/22/2006) |
| 02/22/2006 | 28 | Appellant Designation of Contents For Inclusion in Record and Issues On Appeal *and Transcript Order. January 31, 2006 Trial Exhibits and Memorandum Decision were also included in Transcript Order; therefore, Transcript Order is being treated as the Designation of Record. Transcription Fee not received. Transcript Order will be processed upon receipt of funds.* Filed by Robert Lee Smith (RE: related document(s)23 Notice of Appeal, filed by Plaintiff Robert Lee Smith). Appellee designation due by 3/6/2006. (LB, ) (Entered: 02/23/2006) |
| 02/23/2006 | 29 | BNC Certificate of Service - See Image Attached - (RE: related document(s)26 Opinion). No. of Notices: 1. Service Date 02/23/2006. (Admin.) (Entered: 02/24/2006) |
| 02/23/2006 | 30 | BNC Certificate of Service - See Image Attached - (RE: related document(s)27 Order on Motion for Jury Trial). No. of Notices: 1. Service Date 02/23/2006. (Admin.) (Entered: 02/24/2006) |

| | | |
|---|---|---|
| 02/27/2006 | | Remark. Rel Doc #{28} - Money Order received for estimate on Transcript Order in the amount of $206.00. Transcript Order and Money Order were Fed Ex'd to Transcriptionist on 2/23/2006. (LB, ) Modified text on 2/27/2006 (LB, ). (Entered: 02/27/2006) |
| 02/28/2006 | | Deadlines terminated re: doc. 23-Appellant designation received. (DW, ) (Entered: 02/28/2006) |
| 03/07/2006 | | Deadlines terminated.Re: Doc. #28 - Appellee Designation Not Received. (DW, ) (Entered: 03/07/2006) |
| 03/28/2006 | 31 | Transcript of Proceedings held January 31, 2006 - (RE: related document(s)28 Appellant Designation and Issues on Appeal). (LB, ) (Entered: 03/28/2006) |