*Appellant's Designation of Record*

**FILED FEB 22 2006**
**U.S. BANKRUPTCY COURT**
**MONTGOMERY, ALABAMA**

AO 435 (Rev. 12/03)
Administrative Office of the United States Courts
**TRANSCRIPT ORDER**

*Please Read Instructions above*

| | | |
|---|---|---|
| 1. NAME: ROBERT LEE SMITH | 2. PHONE NUMBER: (334) 834-9164 | 3. DATE: 2/22/2006 |
| 4. MAILING ADDRESS: P.O. BOX 5146 | 5. CITY: MONTGOMERY | 6. STATE: ALABAMA  7. ZIP CODE: 36103 |
| 8. CASE NUMBER: 05-03030 | 9. JUDGE: WILLIAM SAWYER | DATES OF PROCEEDINGS 10. FROM 1/31/2006   11. |
| 12. CASE NAME: SMITH v. FITZPATRICK | 13. MIDDLE DISTRICT | 14. ALABAMA |

**15. ORDER FOR:** [X] APPEAL  [ ] NON-APPEAL  [ ] CRIMINAL  [ ] CIVIL  [ ] CRIMINAL JUSTICE ACT  [ ] IN FORMA PAUPERIS  [X] BANKRUPTCY  [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | 01/31/2006 | ROBERT LEE SMITH | 01/31/2006 |
| [X] OPENING STATEMENT | 01/31/2006 | CLAUDIA FITZPATRICK | 01/31/2006 |
| [X] CLOSING ARGUMENT (Plaintiff) | 01/31/2006 | [ ] PRE-TRIAL PROCEEDING | |
| [X] CLOSING ARGUMENT (Defendant) | 01/31/2006 | | |
| [X] OPINION OF COURT | 02/09/2006 | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | ALL PLAINTIFF'S EXHIBITS | 01/31/2006 |
| [ ] BAIL HEARING | | MEMORANDAM DECISION | 02/21/2006 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| | | | ESTIMATE TOTAL | | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional)

18. SIGNATURE: *Robert Lee Smith*
19. DATE: 2/22/06

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY