# EXHIBITS

CASE NO. AP/05-3030

Smith

VS

Fitzpatrick

| | DATE | NO. | WITNESS | DESCRIPTION | OFFERS/OBJECTIONS |
|---|---|---|---|---|---|
| PLAINTIFF | 1-31-06 | 1 | | LEASE AGREEMENT | ADMITTED w/out obj. |
| " | " | 2 | | NOTICE OF EVICTION | ADMITTED w/out obj. |
| " | " | 3 | | ROBERT SMITH LETTER | ADMITTED w/out obj. |
| " | " | 4 | | 9-7-04 TRANSCRIPT | T U A |
| " | " | 5 | | 9-10-04 CIRCUIT COURT ORDER | T U A |
| " | " | 6 | | MOTION FOR DEFAULT JUDGMENT | T U A |
| " | " | 7 | | RECEIPTS | T U A |
| " | " | 8 | | PHOTOS (12) | ADMITTED w/out obj. |

EXHIBITS

TO THIS DOCUMENT

ARE NOT SCANNED.

THEY ARE FILED

IN CONVENTIONAL FORMAT

AND AVAILABLE FOR VIEWING

IN THE CLERK'S OFFICE.