IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CLAUDIA Y.F. ) | |
| FITZPATRICK, ) | |
| ) | |
|    Debtor. ) | |
| | |
| ROBERT LEE SMITH, ) | |
| ) | |
|    Appellant, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:06cv281-MHT |
| CLAUDIA Y.F. ) | |
| FITZPATRICK, ) | |
| ) | |
|    Appellee. ) | |

## ORDER

Upon consideration of the appeal in this case, it is ORDERED as follows:

(1) Appellant Robert Lee Smith's brief is due on or before April 21, 2006.

(2) Appellee Claudia Y.F. Fitzpatrick's brief is due on or before May 8, 2006.

(3) Appellant Smith has until May 19, 2006, to file a reply brief if he so desires.

(4) This appeal shall be under submission, without oral argument, as of May 19, 2006.

The clerk of the court is DIRECTED to mail a copy of this order to appellant Robert Lee Smith at his address of record.

DONE, this the 4th day of April, 2006.

                                               /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE