IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CLAUDIA Y. F. FITZPATRICK, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ROBERT LEE SMITH, ) | |
| ) | |
| Appellant, ) | |
| v. ) | Civil Action No. 2:06cv281-MHT |
| ) | |
| CLAUDIA Y. F. FITZPATRICK ) | |
| ) | |
| Appellee. ) | |

## ORDER

On April 12, 2006, the District Court referred Appellant Robert Lee Smith's Motion to Correct the Record (Doc. 4), to the undersigned. The undersigned has caused a review of the pertinent recordings to be made and finds that the transcript accurately reflects the proceedings that took place in the Bankruptcy Court on January 31, 2006. For this reason, the Motion to Correct the Record is DENIED.

Done this 17th day of April, 2006.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Robert Lee Smith, Appellant
   Mark A. Cavanaugh, Attorney for Appellee