IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CLAUDIA Y.F. | ) |
| FITZPATRICK, | ) |
| | ) |
|    Debtor. | ) |
| | |
| ROBERT LEE SMITH, | ) |
| | ) |
|    Appellant, | ) |
| | ) |
|    v. | )  CIVIL ACTION NO. |
| | )    2:06cv281-MHT |
| CLAUDIA Y.F. | ) |
| FITZPATRICK, | ) |
| | ) |
|    Appellee. | ) |

### ORDER

Appellant Robert Lee Smith's motion to correct the transcript (Doc. No. 4) having now been resolved, it is ORDERED as follows:

(1) Appellant Robert Lee Smith's motion for extension of time (Doc. No. 7) is granted.

(2) Appellant Smith's brief is due on or before May 5, 2006.

    **(3) Appellee Claudia Y.F. Fitzpatrick's brief is due on or before May 22, 2006.**

    **(4) Appellant Smith has until June 2, 2006, to file a reply brief if he so desires.**

    **(5) This appeal shall be under submission, without oral argument, as of June 2, 2006.**

    **DONE, this the 18th day of April, 2006.**

                                        /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**