IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLAUDIA Y.F. FITZPATRICK | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| ROBERT LEE SMITH, | ) | CIVIL ACTION NO. |
| | ) | 2:06cv281-MHT |
|    Appellant, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| CLAUDIA Y.F. FITZPATRICK, | ) | |
| | ) | |
|    Appellee. | ) | |

ORDER

It is ORDERED that the motion to withdraw (doc. no. 9) is granted.

DONE, this the 27th day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE