IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                          )
                                )
CLAUDIA Y.F. FITZPATRICK        )
                                )
    Debtor.                     )
                                )
ROBERT LEE SMITH,               )     CIVIL ACTION NO.
                                )     2:06cv281-MHT
    Appellant,                  )
                                )
    v.                          )
                                )
CLAUDIA Y.F. FITZPATRICK,       )
                                )
    Appellee.                   )
```

OPINION

The court has reviewed the record in this case and, for the reasons set forth in the bankruptcy judge's memorandum decision, dated February 9, 2006, concludes that the judgment of the bankruptcy court, also dated February 9, 2006, should be affirmed.  An appropriate judgment will be entered.

DONE, this the 6th day of June, 2006.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE