IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLAUDIA Y.F. FITZPATRICK | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| ROBERT LEE SMITH, | ) | CIVIL ACTION NO. |
| | ) | 2:06cv281-MHT |
|    Appellant, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| CLAUDIA Y.F. FITZPATRICK, | ) | |
| | ) | |
|    Appellee. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of the United States Bankruptcy Court for the Middle District of Alabama, dated February 9, 2006, is affirmed.

It is further ORDERED that the costs are taxed against appellant Robert Lee Smith.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 6th day of June, 2006.**

                                                           /s/ Myron H. Thompson  
                                       **UNITED STATES DISTRICT JUDGE**